AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   3:24-CV-0777-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED-USDC-NDTX-DA
'24 APR 10 PM 12:52
MS

This summons for *(name of individual and title, if any)*    McCarthy Holthus LLP

was received by me on *(date)*    4-2-2024    .

❏ I personally served the summons on the individual at *(place)*

_____    on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Andrew Boylan- Partner    , who is

designated by law to accept service of process on behalf of *(name of organization)*    McCarthy Holthus LLP

_____    on *(date)*  4-5-2024    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   4-5-2024 _____        *Maria* _____
                                              *Server's signature*

Maria De La Toba, San Diego County RPS#3609
*Printed name and title*

3111 Camino Del Rio N. Ste. 400A, San Diego, CA 92108
*Server's address*

Additional information regarding attempted service, etc: