UNITED STATES DISTRICTU COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'24 APR 10 PM 12:52
MS

| | |
|---|---|
| CL ABOR AND MICHEALA ABOR, SUI JURIS § <br> § <br> V. § <br> § <br> THUY FRAZIER, MCCARTHY HOLTHUS, LLP, § <br> PLANET HOME LENDING LLC AND § <br> AUCTION.COM, LLC § | CIVIL ACTION NO. 3:24-CV-0777-B |

## RETURN OF SERVICE

Received on:   April 1, 2024, at 7:31 o'clock P. M.

☒   Summons in a Civil Action, Demand for Supplemental Pleading 14.4 Million Dollar Civil Lawsuit for Non-Judicial Wrongful Foreclosure Breach Of Contract, Exhibits A,B,C, Notice of LIS Pendens

Executed on:   April 4, 2024, at 10:50 o'clock A.M.

Executed at: 6721 Southpoint Dr., Dallas, TX 75248 within the county of Dallas by delivering to the within named, THUY FRAZIER, in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of (18) eighteen years, not a party to this case, nor am I related to, employed by, or otherwise connected to any party or any party's attorney in this case; and I have no interest in the outcome of the above numbered suit  I attest the foregoing instrument has been executed by me in this case pursuant to the Texas Rules of Civil Procedure, and that I am personally acquainted with the facts stated herein and declare under penalty of perjury the foregoing is true and correct.

Sworn to this 4th day of April 2024.

_____
Stephen M. Troutz, PSC2444, exp. 12/31/24

## VERIFICATION

STATE OF TEXAS
COUNTY OF DENTON

Before me, a notary public, on this day personally appeared the above-named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.  Given under my hand and seal on this the 4th day of April 2024.

_____
Notary Public

CATHY TROUTZ
Notary Public, State of Texas
Comm. Expires 01-09-2027
Notary ID 125961538