AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-CV-0777-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED-USDC-NDTX-DA
'24 APR 15 PM 12:22
CK

This summons for *(name of individual and title, if any)* Planet Home Lending LLC
was received by me on *(date)* 4/4/24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shelley Kurpaska , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company, 225 Asylum St, Hartford, CT on *(date)* 4/15/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50 for travel and $ 100 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: 4/11/24

*Server's signature*

State Marshal Brian Mezick
*Printed name and title*

35 Elm Street, New Haven, CT 06510
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Abor et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-CV-0777-B |
| Frazier et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Planet Home Lending LLC
~~2763~~ 321 Research Parkway, Suite 303
Meriden, CT 06450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/01/2024

*Anthony Christo*
Signature of Clerk or Deputy Clerk