

IN THE UNITED STATES NORTHERN DISTRICT COURT
DALLAS DIVISION AND KAUFMAN COUNTY TEXAS

FILED-USDC-NDTX-DA
'24 APR 15 PM 12:22
CL

| | |
|---|---|
| Abor et al and CL Abor and Micheala Abor § | |
| § | |
| Plaintiff, § | |
| VS. § | CAUSE NO. 3:24-cv-00777-B |
| § | |
| Auction.com llc § | |
| Defendant. § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Apr 10, 2024, 12:00 pm**,

**Summons, Complaint**

and was executed at **211 East 7th Street Ste. 620, Austin, TX 78701** within the county of **Travis** at **02:30 PM** on **Wed, Apr 10 2024**, by delivering a true copy to the within named

**AUCTION.COM LLC**
**by serving its registered agent Corporation Service Company accepted by authorized agent Kaneisha Gross**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **April 10, 2024**.

_____
Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2024